UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWARD BROWN,

                Plaintiff,

    v.

JOHN ARMSTRONG; ELIZABETH ARMSTRONG; SUFFOLK COUNTY TRAFFIC AND PARKING VIOLATIONS AGENCY; CLERK OF THE SUFFOLK COUNTY DISTRICT COURT; LVNV FUNDING LLC; "JOHN DOE" and "JANE DOE" the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint,

                Defendants.
------------------------------------------------------------------X

**ANSWER TO COMPLAINT**

Case No. 25-CV-00059 (ARL)

Defendant, SUFFOLK COUNTY TRAFFIC AND PARKING VIOLATIONS AGENCY, (hereinafter "TPVA"), by its attorney, CHRISTOPHER J. CLAYTON, Suffolk County Attorney, by DREW W. SCHIRMER, Assistant County Attorney, answering Plaintiff's Complaint herein, respectfully alleges upon information and belief:

**ANSWERING PLAINTIFF'S GENERAL ALLEGATIONS**

1. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs numbered "1", "2", "3", "4", "6", "7" and "8" of the Complaint.

2. Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in the paragraph numbered "5" of the Complaint except admit that the Defendant, Suffolk County Traffic and Parking Violations Agency is a department of Suffolk County government.

3. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs numbered "9", "10" and "11" of the Complaint and respectfully refers all questions of law to the Court.

## ANSWERING PLAINTIFF'S FIRST CAUSE OF ACTION

4. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "12" of the Complaint.

5. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs numbered "13", "14", "15", "16", "17", "18", "19", "20", "21" and "22" of the Complaint and respectfully refers all questions of law to the Court.

## AS AND FOR DEFENDANTS' FIRST AFFIRMATIVE DEFENSE

6. Defendant, TPVA hereby asserts its right to satisfaction of any validly recorded liens on the subject premises out of any surplus monies remaining out of the proceeds of any foreclosure sale ordered by the court.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

7. Plaintiff has no legal basis for this Court to extinguish any of the Defendant TPVA's validly recorded liens on the mortgaged property, under RPAPL Article 15 or any other law of this State.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

8. The Complaint fails to state a claim upon which relief can be granted.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

9. Defendant has a defense based upon documentary evidence.

**WHEREFORE**, Defendant, SUFFOLK COUNTY TRAFFIC AND PARKING VIOLATIONS AGENCY, demands judgment against Plaintiff: 1) dismissing the Complaint, together with the costs incurred in defense of this action; or, in the alternative 2) directing that validly recorded liens it may possess be satisfied out of any surplus funds remaining out of auction proceeds of the

foreclosure sale ordered by this Court, if any; and 3) granting such other and further relief as this Court deems just and proper.

Dated: Hauppauge, New York
       January 28, 2025

                                  Yours, etc.
                                  CHRISTOPHER J. CLAYTON
                                  Suffolk County Attorney
                                  *Attorney for Defendant*
                                  *SUFFOLK COUNTY TPVA*
                                  H. Lee Dennison Building
                                  100 Veterans Memorial Highway
                                  P.O. Box 6100
                                  Hauppauge, New York 11788-0099
                                  (631) 853-4804
                                  drew.schirmer@suffolkcountyny.gov

                    BY:      /s/ Drew W. Schirmer
                                  DREW W. SCHIRMER
                                  Assistant County Attorney

TO:    HASBANI & LIGHT, P.C.
          Attn: Danielle Light, Esq.
          *Attorneys for Plaintiff*
          450 Seventh Avenue, Suite 1408
          New York, New York 10123
          (212) 643-6677
          dlight@hasbanilight.com
          (*VIA ECF)*